UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAMILO OLIVERA ALVAREZ,<br><br>                        Plaintiff,<br><br>  vs.<br><br>STEVE KEANE, AL THOMPSON, and KATHY DANIEL,<br><br>                      Defendants. | NO. CV-11-5035-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION |

      Magistrate Judge Hutton filed a Report and Recommendation on May 10, 2011, recommending Mr. Alvarez's action be dismissed for failure to comply with the filing fee requirements of 28 U.S.C. § 1915(a)(2). Mr. Alvarez has not kept the court apprized of his current address and the documents mailed to him at the Benton County Jail, have been returned as undeliverable. There being no objections, the court **ADOPTS** the Report and Recommendation. The action is **DISMISSED WITHOUT PREJUDICE** for failure to obey a Court Order to comply with the statutory filing fee requirements.

      **IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff at his last known address and **close this file**.

      **DATED** this 13th day of June 2011.

                                          *s/Robert H. Whaley*
                                         ROBERT H. WHALEY
                           SENIOR UNITED STATES DISTRICT JUDGE

ORDER-- 1