AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

CAMILO OLIVERA ALVAREZ,

                Plaintiff,

                v.

STEVE KEANE, AL THOMPSON, and KATHY DANIEL,

                Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-5035-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: the action is DISMISSED WITHOUT PREJUDICE for failure to obey a Court Order to comply with the statutory filing fee requirements.

| | |
|---|---|
| June 13, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Sheila Parpolia |
| | *(By) Deputy Clerk* |
| | Sheila Parpolia |